Leo F. Simpson, Appellant, *v.* Kamos Realty Co., Inc., Respondent.

(Argued January 11, 1929; decided February 13, 1929.)

*Charles E. Callahan* for appellant.

*Frederick Wiedman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Cardozo, Ch. J., Pound, Crane, Lehman, Kellogg and O'Brien, JJ. Not sitting: Hubbs, J.